Form van39–nondd VAN–39
Rev. 02/15

## United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501–3819**

## NOTICE OF NON–ENTITLEMENT TO DISCHARGE
## PURSUANT TO 11 U.S.C. SECTION 727(a)(8) OR (9)

**DEBTOR(S) INFORMATION:**
Diane Marie Aronov
**SSN:** xxx–xx–9730
**EIN:** N/A

23820 Ironwood Ave.
#229
Moreno Valley, CA 92557

**BANKRUPTCY NO.** 6:19–bk–13274–WJ
**CHAPTER** 7

To the Debtor(s), Debtor(s)' Attorney, (if any) and Other Interested Parties:

It appears that a discharge was granted to the above–named Debtor(s) under 11 U.S.C. Section 727 or 11 U.S.C. Section 1141 in a case commenced within 8 years before the filing of the above pending case, or under 11 U.S.C. Section 1328 in a case commenced within 6 years before the filing of the above pending case.

(1)  Pursuant to 11 U.S.C. Section 727(a)(8) or (9), a discharge will not be granted to the Debtor(s) in this case.

(2)  Since no discharge will be entered in this case, the Debtor(s) remain legally liable for their debts.

(3)  This case may be closed 10 days from the date of mailing of this notice unless a written objection and request for a hearing is filed with the Court. If no such request is made, this case may be closed pursuant to 11 U.S.C. Section 350 without further notice.

Dated: April 19, 2019

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form van39–nondd VAN–39) Rev. 02/15

**8 / YG1**